UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| ETHEL LEE ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 4:06-cv-57 |
| v. ) | Judge Mattice |
| ) | |
| USAI (UNITED SERVICE ) | |
| ASSOCIATES, INC.), ) | |
| ) | |
| *Defendant.* ) | |

# **ORDER**

Plaintiff Ethel Lee has filed a Motion for Default Judgment against the Defendant USAI. [Court Doc. No. 8] The Court referred the Motion for Default Judgment to Magistrate Judge William B. Mitchell Carter for a report and recommendation on Defendant's liability for the causes of action in Plaintiff's complaint and the amount of damages, including attorney's fees and costs, due to the Plaintiff as a result of Defendant's liability for such causes of action. [Court Doc. No. 10]

Magistrate Judge Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on September 6, 2007. [Court Doc. No. 21.] Neither party filed an objection within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

A separate Judgment will enter.

SO ORDERED this 24th day of September, 2007.

                                            */s/Harry S. Mattice, Jr.*
                                            HARRY S. MATTICE, JR.
                                      UNITED STATES DISTRICT JUDGE