UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

|  |  |  |
|---|---|---|
| ETHEL LEE, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 4:06-cv-57 |
| v. | ) | Judge Mattice |
| | ) | |
| USAI (UNITED SERVICE ASSOCIATES INC.), | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

On May 5, 2008, United States Magistrate Judge William B. Carter filed his report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). (Court Doc. No. 35.) Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. The Court therefore **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that Defendant's Motion to Withdraw all Motions and Pleadings [Court Doc. 32] is **GRANTED**. Plaintiff's request for attorney's fees [Court Doc. 33] is **GRANTED** and Plaintiff is **AWARDED** $3,502.50 in attorney's fees.

SO ORDERED this 4th day of June, 2008.

_____*/s/Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE